IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01149-JLK

KAMILAH ALLEN,

    Plaintiff,

v.

WHITE CAP CONSTRUCTION SUPPLY, INC., successor to White Cap Industries II, Inc., a/k/a White Cap Industries, Inc.;
AMERICAN CASUALTY COMPANY OF READING PA; RSKCO SERVICES, INC.; and CNA CLAIMPLUS, INC., a/k/a ClaimsPlus, Inc.,

    Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal with Prejudice (doc. #32), filed May 21, 2008. The Motion is GRANTED. It is

ORDERED that the above-captioned matter and the Complaint filed therein are DISMISSED WITH PREJUDICE as to all claims between Plaintiff and Defendants, each party to pay their own costs in this matter.

DATED this 21st day of May, 2008.

                BY THE COURT:

                *S/John L. Kane*
                United States District Court Judge